ROBERT RIDELL, Respondent, *v.* THE NEW YORK CENTRAL
AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued April 17, 1878; decided April 23, 1878.)

THIS was an action to recover the value of a canal-boat
alleged to have been destroyed by fire through the negligence
of defendant.

The complaint alleged that plaintiff was the owner of the
boat. It appeared that he was in possession at the time of
the fire under a contract of purchase, by which a bill of sale
was to be executed to him by the vendor, upon payment of
the purchase-money as specified in the contract, for which
purchase-money plaintiff had given his notes. Plaintiff had
expended money in repairing the boat. Upon the trial plain-
tiff gave in evidence an assignment to him from the owner of
all claims against defendant growing out of the fire. This
was objected to, but not on the ground of any defect in the
complaint. Defendant moved for a nonsuit upon the ground
among others that plaintiff was not the owner of the boat, and
did not have such an interest in it as entitled him to maintain
the action. The motion was denied. *Held,* no error; that
even if plaintiff did not have such an interest at the time of the
fire, the subsequent assignment transferred to him the claim
of the owner, and the assignment not having been objected to
on the ground of a defect in the complaint, in that plaintiff
had not brought this action thereon, but only as owner, the
complaint must be considered sufficient here; also, that at
the time of the fire plaintiff had an interest which would
entitle him to recover some damages, and therefore the motion
was properly denied.

Other questions were disposed of upon the facts in the case.

*William H. Adams* for appellant.

*H. V. Howland* for respondent.

EARL, J., reads for affirmance.
All concur.
Judgment affirmed.